UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON T. WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>HECTOR PEREZ, et al.,<br>　　　　Defendants. | Case No.  4:16-cv-04143-KAW<br><br>**ORDER ISSUING SUMMONS** |

　　　IT IS ORDERED that the U.S. Marshal for the Northern District of California must serve, without prepayment of fees, a copy of the original complaint, any amendments to the complaint, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Dated: March 3, 2017

_Kandis Westmore_____
KANDIS A. WESTMORE
United States Magistrate Judge