UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON T. WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>HECTOR PEREZ, et al.,<br><br>Defendants. | Case No. 4:16-cv-04143-KAW<br><br>**ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER CONTINUING HEARING ON RICHMOND HOUSING AUTHORITY'S MOTION TO DISMISS TO JULY 6, 2017**<br><br>Re: Dkt. No. 23 |

On April 1, 2017, Defendant Richmond Housing Authority ("Richmond") filed a motion to dismiss Plaintiff Brandon Williams's first amended complaint. (Dkt. No. 16.) On April 17, 2017, Plaintiff filed a motion seeking leave to file an amended complaint. (Dkt. No. 21.) On April 19, 2017, Richmond filed a notice of non-opposition, and provided that it would withdraw its motion to dismiss once the second amended complaint was filed. (Dkt. No. 22.)

On April 20, 2017, the Court granted Plaintiff's motion for leave to file a second amended complaint, and ordered that she file the amended complaint by May 5, 2017, and informed Plaintiff that, upon timely filing, the Court would terminate the pending motion to dismiss. (Dkt. No. 23.) To date, Plaintiff has not filed her second amended complaint.

On May 12, 2017, the federal defendants filed a motion to dismiss. (Dkt. No. 27.) The hearing is noticed for July 6, 2017.

In light of the foregoing, the Court continues the hearing on the Richmond's motion to dismiss to July 6, 2017. The Court further orders Plaintiff to show cause by **June 9, 2017**, why she did not timely file her second amended complaint by May 5, 2017, and why her case should not be dismissed for failure to prosecute. Plaintiff must also file her second amended complaint by **June 9, 2017**. If the Court is satisfied with Plaintiff's explanation, and there is a second

amended complaint filed, it will terminate both pending motions.

IT IS SO ORDERED.

Dated: May 22, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge