UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON TYANN WILLIAMS,<br>　　　　Plaintiff,<br>　　v.<br>HECTOR PEREZ, et al.,<br>　　　　Defendants. | Case No. 4:16-cv-04143-KAW<br><br>**SECOND ORDER TO SHOW CAUSE TO PLAINTIFF; ORDER CONTINUING HEARING ON MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT; ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 45, 48, 56 |

　　　　On July 5, 2017, Defendants Theresa Muley and Linda Uribe ("Federal Defendants") filed a motion to dismiss Plaintiff Brandon Williams's second amended complaint. (Dkt. No. 45.) On July 7, 2017, Richmond Housing Authority filed a motion to dismiss. (Dkt. No. 48.) Ms. Williams's oppositions were due on July 19 and July 21, 2017. On July 26, 2017, the Federal Defendants notified the undersigned that they had been in communication with Ms. Williams, and that she said that she needed additional time to file her opposition, and that they did not object to adjusting the briefing schedule or hearing date to accommodate her. On August 2, 2017, the Court extended Plaintiff's deadline to serve her oppositions to August 16, 2017. (Dkt. No. 56.) In extending the briefing schedule, Plaintiff was advised that the failure to timely oppose a motion may result in the granting of the motion as unopposed and the dismissal of the case. *Id.* at 2. To date, Ms. Williams has not filed either opposition nor has she filed any documents with the Court.

　　　　Accordingly, the Court again continues the hearing date on the motions to dismiss to **November 2, 2017** at 11:00 AM in Courtroom 4. The Court further orders Plaintiff to SHOW CAUSE by **September 18, 2017**, why she did not timely file her oppositions to the motions to dismiss, and why her case should not be dismissed for failure to prosecute. Also by September 18, 2017, Plaintiff shall file her oppositions to both motions, which shall be done in separate

documents. Defendants' replies shall be filed on or before **September 25, 2017**.

Plaintiff is cautioned that the failure to timely respond to the second order to show cause and the motions to dismiss will result in the lawsuit being dismissed without prejudice for failure to prosecute.

In opposing the motions to dismiss and in responding to this order to show cause, Plaintiff may wish to make an appointment with the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982. While the Help Desk does not provide legal representation, Plaintiff may benefit from the assistance of a licensed attorney, and appointments are available at the Oakland Courthouse.

Lastly, the case management conference scheduled for October 17, 2017 is continued to December 5, 2017 at 1:30 PM. The parties' case management statements are due on November 28, 2017.

IT IS SO ORDERED.

Dated: August 31, 2017

KANDIS A. WESTMORE
United States Magistrate Judge